NOT DESIGNATED FOR PUBLICATION

STATE OF LOUISIANA
COURT OF APPEAL, THIRD CIRCUIT

05-289

STATE OF LOUISIANA

VERSUS

THADDEAUS WHITE

\*\*\*\*\*\*\*\*\*\*

APPEAL FROM THE
FIFTEENTH JUDICIAL DISTRICT COURT
PARISH OF VERMILION, NO. 38194
HONORABLE JULES D. EDWARDS, III, DISTRICT JUDGE

\*\*\*\*\*\*\*\*\*\*

MARC T. AMY
JUDGE

\*\*\*\*\*\*\*\*\*\*

Court composed of Sylvia R. Cooks, Oswald A. Decuir, and Marc T. Amy, Judges.

AFFIRMED.

Michael Harson
District Attorney
15th Judicial District Court
Post Office Box 175
Abbeville, LA   70511-0175
(337) 898-4320
COUNSEL FOR PLAINTIFF:
        State of Louisiana

Carey J. Ellis, III
Louisiana Appellate Project
Post Office Box 719
Rayville, LA   71269
(318) 728-2043
COUNSEL FOR DEFENDANT/APPELLANT:
        Thaddeaus White